1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10
   ALEXANDER NIKOLAYEV,                    )
11                                         )  No. C 07-4362 WHA
                                           )
12         Plaintiff,                      )
                                           )
13         v.                              )  **STIPULATION TO DISMISS; AND**
                                           )  **[PROPOSED] ORDER**
14 Department of Homeland Security,        )
   MICHAEL CHERTOFF, Secretary; United States)
15 Citizenship and Immigration Services,   )
   EMILIO T. GONZALEZ, Director; United States )
16 Citizenship and Immigration Services,   )
   ROSEMARY MELVILLE, District Director;   )
17 U.S. Attorney General, ALBERTO GONZALES; )
   Federal Bureau of Investigation, ROBERT S. )
18 MUELLER, III, Director,                 )
                                           )
19         Defendants.                     )
   _____)
20

21     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 action without prejudice in light of the fact that the United States Citizenship and Immigration

24 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

25 within 30 days of the dismissal of this action.

26     Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stipulation to Dismiss
C07-4362 WHA                                1

| | | |
|---|---|---|
| 1 | Dated: October 22, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

Dated: October 19, 2007            _____/s/_____
MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____
WILLIAM H. ALSUP
United States District Judge

Stipulation to Dismiss
C07-4362 WHA                                    2