Carrie Rosenbaum
Jewish Family and Children's Services
2534 Judah Street
San Francisco, CA 94122
Telephone: (415) 449-2412
Facsimile: (415) 449-2901
Email: carrier@jfcs.org

Attorney for Petitioner
ALEXANDER NIKOLAYEV

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDER NIKOLAYEV | Case No. C 07-4362WHA |
| Petitioner, | **NOTICE OF SUBSTITUTION OF ATTORNEY AND ENTRY OF APPEARANCE OF:** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, | **Carrie Rosenbaum** |
| Respondents. | *IMMIGRATION CASE* |

Petitioner hereby gives notice of Carrie Rosenbaum's entry of appearance as counsel of record, in the above-captioned case.

Dated: October 24, 2007                    Respectfully submitted,

_____/s/_____
Carrie Rosenbaum
Jewish Family and Children's Services

Attorneys for Petitioner