Carrie Rosenbaum
Jewish Family and Children's Services
2534 Judah Street
San Francisco, CA 94122
Telephone: (415) 449-2412
Facsimile: (415) 449-2901
Email: carrier@jfcs.org

Attorney for Petitioner
ALEXANDER NIKOLAYEV

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDER NIKOLAYEV,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　Respondents. | Case No. C 07-4362 WHA<br><br>**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**<br><br>**Carrie Rosenbaum**<br><br>*IMMIGRATION CASE* |

**Consent to Proceed Before a U.S. Magistrate Judge**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a U.S. Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the U.S. Court of Appeals for the Ninth Circuit.

Dated: October 24, 2007                              Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　Carrie Rosenbaum
　　　　　　　　　　　　　　　　　　　　　　　　　　Jewish Family and Children's Services

　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff